NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DANIEL LEE BATTERBEE,                    )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-516
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
_____ )

Opinion filed May 11, 2018.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Yohance Kefense McCoy of Kefense, P.A.,
Sebring, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, KHOUZAM, and BADALAMENTI, JJ., Concur.